# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE:                                                      CASE NO.   12-52921
                                                            CHAPTER 13
Daimen Lavelle Gray                                         Judge Caldwell

Talisha Lyn Gray

DEBTOR(S)

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that, pursuant to LBR 2091-1(b)(1), Daimen and Talisha Gray, Debtor, wishes to substitute Derek M. Shaw of Calig Law Firm, 513 E Rich Street, Suite 210, Columbus Oh  43215  as Counsel, instead and in place of Mark Albert Herder.  This substitution is made with the client's knowledge and consent.

Respectfully Submitted,

/s/  Derek Shaw_____
Derek Shaw (0088076)
513 E Rich Street, Suite 210
Columbus OH  43215
P: 614-252-2300
F: 614-252-2558
measter@caliglaw.com


APPROVED:


/s/ Mark Herder
Mark Herder
Attorney at Law
1031 East Broad Street
Columbus Oh  43205

/s/ Daimen Gray

/s/ Talisha L Gray

# CERTIFICATE OF SERVICE

I hereby certify that on 11th day of August 2016, a copy of the foregoing Notice of Substitution of Counsel was served on the following registered ECF participants, electronically through the court's ECF system at the email address registered with the court:

Asst US Trustee

Faye English

And on the following by ordinary US Mail addressed to:

Mark Herder
1031 East Broad Street
Columbus Oh  43205

/s/ Derek M. Shaw

Derek M. Shaw
513 E Rich Street, Suite 210

Columbus OH  43215
P: 614-252-2300
F: 614-252-2558
measter@caliglaw.com